# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL CASELMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 4:14-CV-01338-CAS |
| | ) |
| **GEORGIA-PACIFIC GYPSUM LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Michael Caselman and Defendant Georgia-Pacific Gypsum LLC (collectively, the "Parties") have stipulated to the terms of the Protective Order in the form attached as Exhibit 1 and respectfully move the Court to enter the same. Due to the nature of the action, the Parties have identified documents believed to be confidential and not subject to disclosure to the general public. Accordingly, to protect such documents, the Parties are jointly seeking entry of the attached Stipulated Protective Order.

Respectfully submitted this 3rd day of March, 2015.

**DONNER APPLEWHITE**

/s/ Steven A. Donner
Steven A. Donner #63789MO
1108 Olive Street, Suite 200
Saint Louis, Missouri  63101
Telephone:  (314) 240-5350
Facsimile:  (888) 785-4461
Email: steve.donner@da-lawfirm.com


**HOLLINGSHEAD, PAULUS & ECCHER**

Jeremy D. Hollingshead  #60447MO
John M. Eccher #60447MO
7911 Forsyth Boulevard, Suite 300
Saint Louis, Missouri 63105
Telephone:  (314) 480-5474
Facsimile:  (314) 574-0825
Email: j.hollingshead@hpelaw.com
j.eccher@hpelaw.com


ATTORNEYS FOR PLAINTIFF

and

**SEYFERTH BLUMENTHAL & HARRIS LLC**

/s/ Michael L. Blumenthal
Michael L. Blumenthal, Mo. Bar No. 49153
Alex P. Aguilera, Mo. Bar No. 63681
4801 Main Street, Suite 310
Kansas City, Missouri 64112
(816) 756-0700
(816) 756-3700 Facsimile
mike@sbhlaw.com
alex@sbhlaw.com

ATTORNEYS FOR DEFENDANT