IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL CASELMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-01338-CAS |
| | ) |
| GEORGIA-PACIFIC GYPSUM LLC, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO EXTEND MEDIATION DEADLINE

COMES NOW Plaintiff, by and through undersigned counsel, and pursuant to E.D.Mo. L.R. 6-1.05, and submits the following to the Court:

1. On or about June 2, 2015, Plaintiff's counsel, Jeremy D. Hollingshead, designated a neutral with this Court in the above captioned case.

2. On May 6, 2015, this Court entered an order requiring the completion of mediation no later than July 6, 2015.

3. Due to various scheduling conflicts between the parties, counsel and the neutral, the earliest possible mediation date was August 25, 2015 at 9 a.m.

4. Defendant's counsel has no opposition to Plaintiff's motion.

WHEREFORE, for good cause shown, Plaintiff prays this Court enter an order extending the mediation deadline to August 31, 2015 to allow the Parties to complete their previously scheduled August 25, 2015 mediation.

Respectfully submitted,

HOLLINGSHEAD, PAULUS & ECCHER

/s/ Jeremy D. Hollingshead
Jeremy D. Hollingshead   #60447MO
7777 Bonhomme Avenue, Suite 2400
Saint Louis, Missouri  63105
Telephone:   (314) 480-5474
Facsimile:    (314) 594-0825
Email:  j.hollingshead@hpelaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of June, 2015, the undersigned filed the above and foregoing document along with this certificate of service on the ECF system thereby notifying all counsel of record.

/s/ Jeremy D. Hollingshead