UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CASELMAN, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )   No. 4:14-CV-01338-CAS |
| | ) |
| GEORGIA-PACIFIC GYPSUM LLC, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

### NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo.  L. R.  6.03, the Clerk of the court hereby notifies DIEKEMPER, JEROME A.,  7730 Carondelet, Suite 200, St. Louis, Missouri  63105 that he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

| | |
|---|---|
| Lead Counsel: | Jeremy D. Hollingshead (for pla) |
| | HOLLINGSHEAD AND PAULUS |
| | 7911 Forsyth Blvd. |
| | Suite 300 |
| | St. Louis, MO  63105 |
| | Ph: 314-480-5474  FAX: 314-594-*0825 |
| Other Counsel: | Michael L. Blumenthal (for dft) |
| | SEYFERTH AND BLUMENTHAL |
| | 4801 Main Street |
| | Suite 310 |
| | Kansas City, MO  64112 |
| | Ph: 816-756-0700  FAX: 816-756-3700 |

**The completion deadline for this ADR referral is August 31, 2015.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

<u>June 3, 2015.</u>                         <u>*Gregory J. Linhares*           /</u>
Date                                            Clerk of Court

                                                     By:    <u>/s/ Laura S. Dreon       /</u>
                                                                      LAURA S. DREON
                                                                      Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CASELMAN, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )  Case No. 4:14-CV-01338-CAS |
| | ) |
| GEORGIA-PACIFIC GYPSUM LLC, | ) |
| | ) |
| Defendant(s), | ) |
| | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties [☐ did ☐ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____   Neutral: _____

DIEKEMPER, JEROME A.
Signature

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN ANALTERNATIVE
DISPUTE RESOLUTION CONFERENCE
4:14-CV-01338-CAS

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Laura S. Dreon, ADR Coordinator at:

**laura_dreon@moed.uscourts.gov**

Please provide the email addresses of parties participating in the ADR conference.  The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel or corporate representative.

Name (printed):                                             Email address:

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

Date_____ Neutral_____