| | | |
|---|---|---|
| **MICHAEL CASELMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:14-CV-01338-CAS** |
| | ) | |
| **GEORGIA-PACIFIC GYPSUM LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AMENDED DESIGNATION OF NEUTRAL

The Parties have selected Jerome Diekemper as their neutral. Mediation will occur on August 4, 2015, commencing at 9:00 a.m. at Jerome A. Diekemper LLC, 7730 Carondelet, Suite 200, Saint Louis, Missouri 63105.

Respectfully submitted,

HOLLINGSHEAD, PAULUS & ECCHER

/s/ Jeremy D. Hollingshead
Jeremy D. Hollingshead #60447MO
7777 Bonhomme Avenue, Suite 2400
Saint Louis, Missouri 63105
Telephone: (314) 480-5474
Facsimile: (314) 594-0825
Email: j.hollingshead@hpelaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this the 5th day of June, 2015, the undersigned filed the above and foregoing document along with this certificate of service on the ECF system thereby notifying all counsel of record.

/s/ Jeremy D. Hollingshead